THE PEOPLE OF THE STATE OF NEW YORK ex rel. JOHN KUBIAK, Appellant, v. CHARLES ZIMMERMAN, as Sheriff of Erie County, and Others, Respondents.— Order dismissing writ of habeas corpus and order of certiorari affirmed. Appeal from order denying motion to fix amount of bail dismissed as academic in view of the disposition made of the appeal from the above-named order. All concur. Present — Sears, P. J., Crouch, Taylor, Edgcomb and Thompson, JJ.

HOMER C. GARDNER, Appellant, v. JOHN J. GINTHER and Others, Purporting to Act as a Board of Education, etc., Respondents.— Application of Attorney-General to be made a party to this action pursuant to section 68 of the Executive Law granted. Present — Sears, P. J., Crouch, Taylor, Edgcomb and Thompson, JJ.

DAVID S. WRIGHT, Appellant, v. ORSON R. NUDD and Another, Respondents.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to Court of Appeals denied. Present — Sears, P. J., Crouch, Taylor, Edgcomb and Thompson, JJ.

TOWN OF KIANTONE and JAMESTOWN MOTOR BUS TRANSPORTATION COMPANY, INCORPORATED, Appellants, v. WEST RIDGE TRANSPORTATION COMPANY, INCORPORATED, Respondent.— Motion for stay pending appeal to the Court of Appeals denied. Present — Sears, P. J., Crouch, Taylor, Edgcomb and Crosby, JJ.

PETER COLELLA, Appellant, v. SMITH-FREDENBURG CORPORATION, Respondent. — Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to Court of Appeals denied. Present — Sears, P. J., Crouch, Taylor, Edgcomb and Crosby, JJ.

H. L. BRAHAM & COMPANY, INCORPORATED, Appellant, v. LOUISA ZITTEL and Another, Respondents.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to Court of Appeals denied. Present — Sears, P. J., Crouch, Taylor, Edgcomb and Crosby, JJ.

LILLIAN HADCOCK, Respondent, v. CLAIRE W. WIGGINS, Defendant, and WILLIAM J. McLANE and Another, Appellants.— Motion for leave to appeal to Court of Appeals denied, with ten dollars costs. Present — Sears, P. J., Crouch, Taylor, Edgcomb and Crosby, JJ.

EDWARD HADCOCK, Respondent, v. CLAIRE W. WIGGINS, Defendant, and WILLIAM J. McLANE and Another, Appellants.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Sears, P. J., Crouch, Taylor, Edgcomb and Crosby, JJ.

JOSEPHINE ARCARA, Respondent, v. MARIO MORESSE, Appellant, and SALVATORE BARONE, Defendant.— Motion for leave to appeal to Court of Appeals granted. Present — Sears, P. J., Crouch, Edgcomb, Thompson and Crosby, JJ.

ANTOINETTE ARCARA, Respondent, v. MARIO MORESSE, Appellant, and SALVATORE BARONE, Defendant.— Motion for leave to appeal to Court of Appeals granted. Present — Sears, P. J., Crouch, Edgcomb, Thompson and Crosby, JJ.

PHILIP ARCARA, Respondent, v. MARIO MORESSE, Appellant, and SALVATORE BARONE, Defendant.— Motion for leave to appeal to Court of Appeals granted. Present — Sears, P. J., Crouch, Edgcomb, Thompson and Crosby, JJ.